JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DUNLAVEY, individually and as Personal Representative of the Estate of DAVID L. DUNLAVEY, Deceased; ERIC DUNLAVEY, an individual; TODD DUNLAVEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Case No. CV 25-1169-MWF(AGRx)<br><br>Los Angeles County Superior Court Case No. JCCP 4675/24STCV19461<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT AND DISMISS ACTION** |

The Court has reviewed the Stipulation to Remand Action to State Court and Dismiss Action (Docket No. 19), filed February 25, 2025. For good cause shown, the Court finds that federal subject matter jurisdiction does not exist in this action and the court GRANTS the request of Plaintiffs and Defendant National Steel and Shipbuilding Company to remand the case to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: February 26, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-